CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AMY M. KARLIN (Bar No. 150016)
(E-Mail: Amy_Karlin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854

Attorneys for Defendant
LUIS FERNANDO CHOC-PAUL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS FERNANDO CHOC-PAUL, <br><br> Defendant. | Case No. 8:25-CR-00104-ODW <br><br> **JOINT STATEMENT REGARDING REQUEST FOR EXPEDITED SENTENCING** |

Plaintiff, United States of America, by and through Assistant United States Attorney Kenneth Carbajal, and defendant Luis Fernando Choc-Paul, by and through his attorney of record, Deputy Federal Public Defender Amy M. Karlin files the following statement regarding Mr. Choc-Paul's criminal history and the appropriate sentencing guidelines so that the Court may immediately proceed to sentencing following his anticipated entry of a guilty plea.

1. On June 16, 2025, the parties filed a fast-track plea agreement, where Mr. Choc-Paul agreed to plead guilty to being an illegal alien found in the United States following deportation or removal in violation of 8 U.S.C. 1326(a). On June 16, 2025, Mr. Choc-Paul was arraigned on the one-count Information. His change of plea hearing is currently scheduled for July 7, 2025.

2. The parties stipulate that Mr. Choc-Paul has one conviction that counts towards his criminal history. On May 20, 2025, he was sentenced to 45 days and one year informal probation for misdemeanor battery.

3. Based on the above conviction, Mr. Choc-Paul has an expected Criminal History score of I and is facing a relatively short sentence. Counsel has computed his Guidelines range as follows:

| | | |
|---|---|---|
| **Base Offense Level** | 8 | USSG §2L1.2(a) |
| **Acceptance of Responsibility** | -2 | USSG §3E1.1(a) |
| **Early Disposition** | -4 | USSG §5K3.1 |
| **Total Offense Level** | 2 | |
| **Criminal History** | I | |
| **Guideline range** | 0-6 months | |

//

//

2

4. The parties further agreed that there is sufficient information in the record to satisfy the requirements of Federal Rule of Criminal Procedure 32(b)(1) and for this Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553 without the preparation of a Presentence Report.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 2, 2025      By  /s/ Amy M. Karlin
AMY M. KARLIN
Deputy Federal Public Defender
Attorney for LUIS FERNANDO CHOC-PAUL

BILAL A. ESSAYLI
United States Attorney

DATED: July 2, 2025      By  /s/ Kenneth Carbajal (Per email authorization)
KENNETH CARBAJAL
Assistant United States Attorney

3